IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** |
| **TPC GROUP LLC,** | ) | **22-10495** |
| | ) | **Chapter 11** |
| Debtor | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Daniel D. Sparks of Christian & Small LLP hereby enters an appearance as attorney of record for Nelson Brothers LLC, a party-in-interest in the above styled Bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 2002, the undersigned attorney of record requests that, without limitation, all notices give or required to be given in this case, and all other documents served or required to be served in this case, be given to and served upon the following:

Daniel D. Sparks
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
ddsparks@csattorneys.com
(205) 795-6588

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings, including, without limitation, notices of any Orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, hand delivered, telefax, telegraph, teletex or otherwise which affect or seek to affect the above case.

DATED this 2nd day of August, 2022.

/s/ Daniel D. Sparks
Daniel D. Sparks, Attorney for
Nelson Brothers LLC

OF COUNSEL:
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588
ddsparks@csattorneys.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2nd day of August, 2022, I filed the above and foreoging via the Court's CM/ECF service, which will send notice to all parties who have appeared and requested electronic notice.

/s/ Daniel D. Sparks
Daniel D. Sparks